# Exhibit 4

# IMAGE LICENSING HISTORY

Photographer/Rights Holder: **Marco Verch**
September 4, 2025

Summary Report - Previously issued licenses:

| Client / Issued to: | Description: | Image Title: | Use: | Category: | Price: |
|---|---|---|---|---|---|
| [redacted] | Rights Managed License | Labor-day-background--Top-view-of-many-handy-working-tools-on-the-white-backgro | Single-use on website | Commercial | 6,500.00 USD |
| [redacted] | Rights Managed License | Stethoscope-and-red-heart-on-white-background | Single-use on website | Commercial | 6,000.00 USD |
| [redacted] | Rights Managed License | Close-up--womans-hands-on-his-knee--pain-and-joint-disease-concept | Single-use on website | Commercial | 5,000.00 USD |
| | Rights Managed License | 401k-planning---piggy-bank--calculator-and-notepad-on-the-table | Single-use on website | Commercial | 4,750.00 USD |
| | Rights Managed License | Male-hands-with-card-and-smartphone--credit-card-payment-concept | Single-use on website | Commercial | 4,750.00 USD |
| | Rights Managed License | Empty-checklist-with-pencil-on-clipboard | Single-use on website | Commercial | 4,750.00 USD |
| | Rights Managed License | Happy-mothers-day-greeting-card-on-flowers-background--top-view | Single-use on website | Commercial | 4,500.00 USD |
| | Rights Managed License | Dark-metal-handle-on-a-open-wooden-door | Single-use on website | Commercial | 4,275.00 USD |
| | Rights Managed License | Toothbrush--toothpaste-and-mouthwash-on-white-background | Single-use on website | Commercial | 4,250.00 USD |
| | Rights Managed License | Flat-lay-composition-with-toy-airplane--gift-box-and-christmas-tree-on-red-back | Single-use on website | Commercial | 4,250.00 USD |
| | Rights Managed License | Stethoscope-and-red-heart-on-white-background | Single-use on website | Commercial | 4,200.00 USD |



*Private and Confidential. Distribution or publication is strictly prohibited.*

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | Rights Managed License | Sweetly-sleeping-baby-covered-with-a-gray-blanket | Single-use on website | Commercial | 4,000.00 USD |
| [redacted] | Rights Managed License | Human-hand-writing-Reminder-on-whiteboard | Single-use on website | Commercial | 4,000.00 USD |
| [redacted] | Rights Managed License | Happy-New-Year-2023 | Single-use on website | Commercial | 4,000.00 USD |
| [redacted] | Rights Managed License | April-monthly-calendar-with-funny-sticky-notes--april-fools-day-jokes | Single-use on website | Commercial | 4,000.00 USD |
| [redacted] | Rights Managed License | Healthy-food-concept---fresh-ripe-vegetables | Single-use on website | Commercial | 3,800.00 USD |
| [redacted] | Rights Managed License | Instant-noodles-in-the-bowl | Single-use on website | Editorial | 3,800.00 USD |
| [redacted] | Rights Managed License | Close-up-of-pepper-seedlings | Single-use on website | Editorial | 3,800.00 USD |
| [redacted] | Rights Managed License | Hard-drug-overdose-and-addiction-concept | Single-use on website | Editorial | 3,750.00 USD |
| [redacted] | Rights Managed License | Happy-Easter-message | Single-use on website | Commercial | 3,750.00 USD |
| [redacted] | Rights Managed License | Blackboard-with-Success-text | Single-use on website | Commercial | 3,750.00 USD |
| [redacted] | Rights Managed License | Croissants | Single-use on website | Commercial | 3,499.00 EUR |
| [redacted] | Rights Managed License | Top-View-Photo-of-Blank-Paper-on-Wooden-Table-with-different-Christmas-Decorati | Single-use on website | Commercial | 3,500.00 USD |
| [redacted] | Rights Managed License | Scattered-cigarettes-on-a-black-background--the-concept-of-harm-to-health | Single-use on website | Commercial | 3,375.00 USD |
| [redacted] | Rights Managed License | Measuring-tape-on-right-side-of-frame | Single-use on website | Commercial | 3,250.00 USD |
| [redacted] | Rights Managed License | Woman-experiencing-pain-in-the-cervical-spine--healthcare-concept | Single-use on website | Commercial | 3,000.00 USD |
| [redacted] | Rights Managed License | Aerial-photo-Chicago-Childrens-Museum--Navy-Pier--Centennial-Wheel-and-Amazing- | Single-use on website | Commercial | 3,000.00 USD |



*Private and Confidential. Distribution or publication is strictly prohibited.*

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | Rights Managed License | Human-hand-writing-Reminder-on-whiteboard | Single-use on website | Commercial | 3,000.00 USD |
| | Rights Managed License | Burning-sparklers-against-USA-flag--Celebrating-US-national-holiday-with-sparkl | Single-use on website | Commercial | 3,000.00 USD |
| | Rights Managed License | Happy-Valentines-day-with-red-roses-on-black-background | Single-use on website | Commercial | 3,000.00 USD |
| | Rights Managed License | Easter-eggs-in-a-basket-on-green-background | Single-use on website | Commercial | 3,000.00 USD |
| | Rights Managed License | Medical-billing-statement-with-stethoscope-and-calculator | Single-use on website | Commercial | 3,000.00 USD |
| | Rights Managed License | Doctor-holding-clipboard-with-Doctors-day-text | Single-use on website | Commercial | 3,000.00 USD |
| | Rights Managed License | Human-hand-writing-Discipline-on-whiteboard | Single-use on website | Commercial | 3,000.00 USD |
| | Rights Managed License | Drug-addiction-concept---pills--syringe-and-heroin | Single-use on website | Commercial | 3,000.00 USD |



*Private and Confidential. Distribution or publication is strictly prohibited.*